# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00909-CR

**Martin Tovar Zapata, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-22-204696, THE HONORABLE TAMARA NEEDLES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Martin Tovar Zapata has filed a motion to dismiss his appeal. As an initial matter, we note that the judgment adjudicating guilt erroneously recites appellant's surname as "Tavarzapata." In response to questioning by the trial court, appellant stated that his surname is in fact Tovar Zapata.

Appellate courts have the authority to correct or reform a judgment when the necessary information is available to do so. *See* Tex. R. App. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993). Accordingly, we modify the judgment adjudicating guilt in trial court cause number D-1-DC-22-204696 to reflect that appellant's name is "Martin Tovar Zapata." *See Tiscareno v. State*, 608 S.W.3d 434, 443 (Tex. App.—Houston [1st Dist.] 2020, pet. ref'd) (concluding that "the spelling of appellant's name in the judgment does not accurately comport with the record in this case" and modifying judgment).

Appellant's motion to dismiss is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: June 12, 2026

Do Not Publish